```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 44471
    ANTHONY L RICHARDSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0420


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/05/2005 and was confirmed 03/29/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/19/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------
PORTFOLIO ACQUISITIONS L  UNSECURED         1728.42              .00          1728.42
BANK OF NEW YORK          CURRENT MORTG         .00              .00               .00
BANK OF NEW YORK          SECURED           17389.54             .00         17389.54
FISHER & SHAPIRO          NOTICE ONLY       NOT FILED            .00               .00
AMERICREDIT FINANCIAL SV  SECURED            2880.78         3562.78          2880.78
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED            .00               .00
CITY OF CHICAGO PARKING   UNSECURED          1620.00             .00          1620.00
SCHOTTLER & ZUKOSKY       PRIORITY          NOT FILED            .00               .00
ASSET ACCEPTANCE CORP     UNSECURED           311.45             .00           311.45
CITY OF CHICAGO WATER DE  SECURED NOT I         .00              .00               .00
ACCOUNTS RECEIVABLES MGM  UNSECURED         NOT FILED            .00               .00
AMERITECH CELLULAR        NOTICE ONLY       NOT FILED            .00               .00
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED            .00               .00
BUREAU OF COLLECTION REC  UNSECURED         NOT FILED            .00               .00
CAPITAL MANAGEMENT SERVI  UNSECURED         NOT FILED            .00               .00
CFC FINANCIAL CORPORATIO  NOTICE ONLY       NOT FILED            .00               .00
COMCAST                   UNSECURED         NOT FILED            .00               .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED            .00               .00
BLOCKBUSTER VIDEO         UNSECURED         NOT FILED            .00               .00
HARRIS & HARRIS           UNSECURED         NOT FILED            .00               .00
I C SYSTEMS INC           UNSECURED         NOT FILED            .00               .00
JBC LEGAL GROUP           UNSECURED         NOT FILED            .00               .00
MIDWEST ORTHOPEDIC        UNSECURED         NOT FILED            .00               .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED            .00               .00
OAK LAWN FIRE DEPT        UNSECURED         NOT FILED            .00               .00
PORTFOLIO ACQUISITIONS    UNSECURED         NOT FILED            .00               .00
RDK COLLECTION SERICE     UNSECURED         NOT FILED            .00               .00
RISK MANAGEMENT ALTERNAT  UNSECURED         NOT FILED            .00               .00
RONALD W MRAZ DDS         UNSECURED         NOT FILED            .00               .00
SPECIALIZED COLLECTION    UNSECURED         NOT FILED            .00               .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY       2,474.00                          2,474.00
TOM VAUGHN                TRUSTEE                                             2,006.49
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 44471 ANTHONY L RICHARDSON

```
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  31,973.46

PRIORITY                                                 .00
SECURED                                            20,270.32
     INTEREST                                       3,562.78
UNSECURED                                           3,659.87
ADMINISTRATIVE                                      2,474.00
TRUSTEE COMPENSATION                                2,006.49
DEBTOR REFUND                                            .00
                       ---------------        ---------------
TOTALS                   31,973.46                 31,973.46
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE